# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORIGA
# ATLANTA DIVISION

| | |
|---|---|
| DUANE T. GARRETT, <br><br> Plaintiff, <br><br> -vs- <br><br> EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, ALLY FINANCIAL, INC., and JEFFERSON CAPITAL SYSTEMS LLC, <br><br> Defendants. | CASE NO. 1:24-cv-02189-SCJ-JCF |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, ALLY FINANCIAL, INC.

COMES NOW Plaintiff, DUANE T. GARRETT, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendants, ALLY FINANCIAL, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 9th day of September 2024.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066

The Consumer Lawyers PLLC  
501 E. Kennedy Blvd, Suite 610  
Tampa, FL 33602  
Cell: (813) 299-8537  
Facsimile: (844) 951-3933  
Tav@theconsumerlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 9th day of September 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar No.: 617963
The Consumer Lawyers
*Attorney for Plaintiff*