UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION

DUANE T. GARRETT,

  Plaintiff,

v.

CASE NO.: 1:24-cv-02189-SCJ-JCF

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, ALLY FINANCIAL, INC., and JEFFERSON CAPITAL SYSTEMS LLC,

  Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, JEFFERSON CAPITAL SYSTEMS LLC.

COMES NOW Plaintiff, DUANE T. GARRETT, by and through undersigned counsel, hereby notifies the Court that Plaintiff and Defendant, JEFFERSON CAPITAL SYSTEMS LLC have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 26th day of September 2024.

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Kirsten H. Smith** |
| Octavio "Tav" Gomez | Kirsten H. Smith |
| Florida Bar No.: 0338620 | Georgia Bar No.: 702220 |

1

| | |
|---|---|
| Georgia Bar No.: 617963 | SESSIONS, ISRAEL & SHARTLE, LLC |
| Pennsylvania No.: 325066 | 3838 N. Causeway Blvd., Suite 2800 |
| The Consumer Lawyers PLLC | Metairie, LA 70002 |
| 501 E. Kennedy Blvd, Suite 610 | Tel: (504) 846-7943 |
| Tampa, FL 33602 | KSmith@Sessions.Legal |
| Cell: (813) 299-8537 | |
| Tav@theconsumerlawyers.com | *Attorney for Defendant, Jefferson Capital* |
| *Attorney for Plaintiff* | *Systems LLC* |