# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DUANE T. GARRETT,<br><br>    Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, ALLY FINANCIAL, INC., and JEFFERSON CAPITAL SYSTEMS LLC,<br><br>    Defendants. | CASE NO.: 1:24-cv-02189-SCJ-JCF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO JEFFERSON CAPITAL SYSTEMS LLC and ALLY FINANCIAL, INC.

COMES NOW Plaintiff, DUANE T. GARRETT, and Defendants, JEFFERSON CAPITAL SYSTEMS LLC ("Jefferson Capital") and ALLY FINANCIAL, INC. ("Ally"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Defendants, Jefferson Capital and Ally, in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 25th day of October 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Christine R. Emello**
Christine R. Emello
Georgia Bar No.: 151598
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308-2216
Tel: (404) 885-3000
Christine.Emello@Troutman.Com
*Attorney for Defendant, Ally Financial, Inc.*

**/s/ Kirsten H. Smith**
Kirsten H. Smith
Georgia Bar No.: 702220
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Tel: (504) 846-7943
KSmith@Sessions.Legal

*Attorney for Defendant, Jefferson Capital Systems LLC*